1
2
3
4
5
6
7
8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CLARENCE A. GIPBSIN,

11            Plaintiff,                    No. CIV S-10-1840 LKK DAD P

12      vs.

13   SCOTT KERNAN, et al.,

14            Defendants.          FINDINGS AND RECOMMENDATIONS

15   _____/

16            By an order filed August 26, 2010, plaintiff was ordered to file an in forma

17   pauperis affidavit or pay the appropriate filing fee within thirty days and was cautioned that

18   failure to do so would result in a recommendation that this action be dismissed.  The thirty day

19   period has now expired, and plaintiff has not responded to the court's order.

20            Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

21   without prejudice.

22            These findings and recommendations are submitted to the United States District

23   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-

24   one days after being served with these findings and recommendations, plaintiff may file written

25   objections with the court.  Such a document should be captioned "Objections to Magistrate

26   Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections

1

within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v.</u>

<u>Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: October 20, 2010.

_Dale A. Drozd_

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
gipb1840.fifp